NATHAN R. ZELTZER, ESQ
STATE BAR NO. 5173
232 COURT STREET
RENO, NEVADA 89501
(775) 786-9993
illegalpat@aol.com
*Attorneys for Debtors*

ECF filed: 6/15/20

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

IN RE:

ARETE DENTAL, LLC,

_____/

Case No.    BK-20-50597-BTB
CHAPTER 11
**DEBTOR'S DECLARATION ON DISCLOSURE OF FINANCIAL DOCUMENTS PURSUANT TO 11 U.S.C. §1116(B)(1)**

I, ALAN S. BILLS, hereby declare and state under penalty of perjury under the laws of the State of Nevada, and the United States, as follows;

1. I am the managing member and responsible individual of the Debtor in the above captioned bankruptcy case.

2. That I have not been able to produce and finalize my balance sheet, statement of operations, or cash-flow statement as my office computer that has that data on it was repossessed by Robert Devin prior to filing my bankruptcy petition.

3. That my accountant is in the process of completing my 2019 tax returns but is unable to complete them as he needs data that is on the computer that was repossessed by Robert Devin prior to filing my companies bankruptcy petition.

1

1 The above information is true and correct to the best of my knowledge, and if called to testify, I could and would testify to the truth of the matters asserted.

Dated: June 15, 2020

/s/ Alan S. Bills
Alan S. Bills,
Responsible Individual
of Arete Dental, LLC

2