Fill in this information to identify the case:

Debtor Name __Arete Dental LLC__

United States Bankruptcy Court for the: District of Nevada

Case number: __20-50597__

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: __Oct 2021__

Line of business: __General Dental Practice__

Date report filed: __11/23/2021__
MM / DD / YYYY

NAISC code: __621210__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:    Alan S. Bills

Original signature of responsible party    _[signature]_

Printed name of responsible party    Alan S. Bills

---

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☑ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name   Arete Dental LLC

Case number   20-50597

---

17. Have you paid any bills you owed before you filed bankruptcy?   ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $  47,900.58

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $  84,592.27

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $  -73,051.30

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.   + $  11,540.97

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $  59,441.55

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $  _____

    *(Exhibit E)*

---

Debtor Name  Arete Dental LLC                        Case number  20-50597

 **4. Money Owed to You**

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                        $ _____

     *(Exhibit F)*

 **5. Employees**

26.  What was the number of employees when the case was filed?                                7

27.  What is the number of employees as of the date of this monthly report?                    6

 **6. Professional Fees**

28.  How much have you paid this month in professional fees related to this bankruptcy case?         $          0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $     12,532.00

30.  How much have you paid this month in other professional fees?                              $          0.00

31.  How much have you paid in total other professional fees since filing the case?              $      4,345.00

 **7. Projections**

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | Projected | — | Actual | = | Difference |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33.  **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34.  **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35.  Total projected cash receipts for the next month:                              $ _____

36.  Total projected cash disbursements for the next month:                        - $ _____

37.  Total projected net cash flow for the next month:                            = $ _____

Debtor Name  Arete Dental LLC

Case number 20-50597

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

This form was completed using the best information available to the debtor at the time of filing.

**U.S. Bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3758    TRN           S          Y       ST01

Account Number:
████3577

Statement Period:
Oct 1, 2021
through
Oct 29, 2021

Page 1 of 2



|||||||||||||||||||||||||||||||||||||||||||||||
000039536 01 AB 0.461 000638988239442 P Y
ALAN S BILLS
DBA ARETE DENTAL LLC
2900 CLEAR ACRE LN STE R
RENO NV 89512-1764

☎                                        *To Contact U.S. Bank*

**24-Hour Business
Solutions:**                            *1-800-673-3555*

**U.S. Bank accepts Relay Calls**

**Internet:**                           *usbank.com*

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

New Terms and Conditions will be effective for U.S. Bank business clients on November 1, 2021. You can view current and new Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2021." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

## SILVER BUSINESS CHECKING

U.S. Bank National Association

*Member FDIC*

Account Number ████3577

### Account Summary

|                          | # Items |    |           |
|--------------------------|---------|----|-----------|
| Beginning Balance on Oct 1 |       | $  | 25,088.87 |
| Other Deposits           | 5       |    | 3,032.14  |
| Card Withdrawals         | 1       |    | 124.18-   |
| **Ending Balance on Oct 31, 2021** |  | $ | **27,996.83** |

### Other Deposits

| Date   | Description of Transaction |                        | Ref Number |   | Amount   |
|--------|----------------------------|------------------------|------------|---|----------|
| Oct 6  | Electronic Deposit         | From SYNCHRONY BANK    |            | $ | 107.91   |
|        | REF=212780161055670N00     | 3061537262BTOT DEP 534812028593973 | | |     |
| Oct 12 | Electronic Deposit         | From SYNCHRONY BANK    |            |   | 401.15   |
|        | REF=212850048467510N00     | 3061537262BTOT DEP 534812028593973 | | |     |
| Oct 15 | Electronic Deposit         | From SYNCHRONY BANK    |            |   | 651.17   |
|        | REF=212870163444520N00     | 3061537262BTOT DEP 534812028593973 | | |     |
| Oct 18 | Electronic Deposit         | From SYNCHRONY BANK    |            |   | 479.44   |
|        | REF=212910063152880N00     | 3061537262BTOT DEP 534812028593973 | | |     |
| Oct 20 | Electronic Deposit         | From SYNCHRONY BANK    |            |   | 1,392.47 |
|        | REF=212920092579760N00     | 3061537262BTOT DEP 534812028593973 | | |     |
|        |                            | **Total Other Deposits** | | $ | **3,032.14** |

U.S. Bank.

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                   $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.              $_____

5.  Total lines 3 and 4.                                                                $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.        $_____

7.  Subtract line 6 from line 5.  This is your balance.                                 $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

    Tell us your name and account number.
    Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

What To Do If You Think You Find A Mistake on Your Statement
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
    Account information: Your name and account number.
    Dollar Amount: The dollar amount of the suspected error.
    Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
    We cannot try to collect the amount in question, or report you as delinquent on that amount.
    The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
    While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
    We can apply any unpaid amount against your credit limit.

Reserve Line Balance Computation Method: To determine your Balance Subject to Interest Rate, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your Balance Subject to Interest Rate.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC



usbank.

DBA ARETE DENTAL LLC
2900 CLEAR ACRE LN STE R
RENO NV  89512-1764

Account Number:
▇▇▇▇3577
Statement Period:
Oct 1, 2021
through
Oct 29, 2021

Page 2 of 2



## SILVER BUSINESS CHECKING                                                                    (CONTINUED)

.S. Bank National Association                                       Account Number ▇▇▇▇3577

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-9310

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|---|------------|---|--------|
| Oct 18 | Recurring Debit Purchase<br>VZWRLSS*APOCC VI<br>***********9310 | On 101721 800-922-0204 FL<br>REF # 24692161290100581171 US1 | 0100581171 | $ | 124.18- |
| | | Card 9310  Withdrawals Subtotal | | $ | 124.18- |
| | | Total Card Withdrawals | | $ | 124.18- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Oct  6 | 25,196.78 | Oct 15 | 26,249.10 | Oct 20 | 27,996.83 |
| Oct 12 | 25,597.93 | Oct 18 | 26,604.36 | | |

Balances only appear for days reflecting change.

This page intentionally left blank

8:30 PM

11/22/21

## Arete Dental
## Reconciliation Detail
### US Bank - CareCredit, Period Ending 10/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | 25,088.87 |
|   Cleared Transactions | | | | | | |
|     Checks and Payments - 1 item | | | | | | |
| General Journal | 10/28/2021 | CPA-31 | | X | -124.18 | -124.18 |
|     Total Checks and Payments | | | | | -124.18 | -124.18 |
|     Deposits and Credits - 1 item | | | | | | |
| General Journal | 10/28/2021 | CPA-31 | | X | 3,032.14 | 3,032.14 |
|     Total Deposits and Credits | | | | | 3,032.14 | 3,032.14 |
|    Total Cleared Transactions | | | | | 2,907.96 | 2,907.96 |
| Cleared Balance | | | | | 2,907.96 | 27,996.83 |
| Register Balance as of 10/31/2021 | | | | | 2,907.96 | 27,996.83 |
| Ending Balance | | | | | 2,907.96 | 27,996.83 |



U.S. Bank

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3758    TRN         S         Y      ST01

Account Number: XXXX2450

Statement Period:
Oct 1, 2021
through
Oct 29, 2021

Page 1 of 5

000039547 01 AB 0.461 000638988239453 P Y
ARETE DENTAL LLC
2900 CLEAR ACRE LN STE R
RENO NV 89512-1764

**To Contact U.S. Bank**

**24-Hour Business Solutions:** 1-800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:** usbank.com

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

## INFORMATION YOU SHOULD KNOW

**New Terms and Conditions will be effective for U.S. Bank business clients on November 1, 2021.** You can view current and new Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2021." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance.

## SILVER BUSINESS CHECKING

*Member FDIC*

U.S. Bank National Association

Account Number XXXX2450

### Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Oct 1 |  | $ | 38,716.56 |
| Customer Deposits | 21 |  | 48,170.24 |
| Other Deposits | 21 |  | 33,389.89 |
| Card Withdrawals | 10 |  | 3,187.29- |
| Other Withdrawals | 17 |  | 47,416.30- |
| Checks Paid | 15 |  | 22,323.53- |
| **Ending Balance on Oct 31, 2021** |  | $ | **47,349.57** |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
|  | Oct 1 | 9254052302 | 3,036.60 |  | Oct 18 | 8056804418 | 4,382.52 |
|  | Oct 1 | 9255176012 | 5,408.37 |  | Oct 19 | 8356063453 | 4,917.98 |
|  | Oct 5 | 8356621073 | 2,576.30 |  | Oct 20 | 8653994810 | 3,672.60 |
|  | Oct 6 | 8654443780 | 2,030.65 |  | Oct 21 | 8953726148 | 1,487.90 |
|  | Oct 7 | 8953849336 | 1,697.80 |  | Oct 22 | 9254381393 | 944.60 |
|  | Oct 8 | 9254762355 | 1,527.36 |  | Oct 22 | 9254381378 | 3,051.81 |
|  | Oct 8 | 9254762376 | 2,624.35 |  | Oct 27 | 8654085832 | 651.50 |
|  | Oct 13 | 8656346957 | 96.00 |  | Oct 27 | 8654085836 | 1,258.74 |
|  | Oct 13 | 8656346962 | 1,910.40 |  | Oct 28 | 8953848157 | 1,353.01 |
|  | Oct 14 | 8953536615 | 2,460.20 |  | Oct 28 | 8953848139 | 2,267.70 |
|  | Oct 18 | 8056804409 | 813.85 |  |  |  |  |
|  |  |  |  |  | **Total Customer Deposits** | $ | **48,170.24** |



To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.            $_____

5. Total lines 3 and 4.                                                              $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.      $_____

7. Subtract line 6 from line 5. This is your balance.                                $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
    Tell us your name and account number.
    Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
**What To Do If You Think You Find A Mistake on Your Statement**
If you think there is an error on your statement, write to us on at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
    **Account information:** Your name and account number.
    **Dollar Amount:** The dollar amount of the suspected error.
    **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
    We cannot try to collect the amount in question, or report you as delinquent on that amount.
    The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
    While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
    We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC

USbank.

2900 CLEAR ACRE LN STE R
RENO NV 89512-1764

Account Number:
█████2450
Statement Period:
Oct 1, 2021
through
Oct 29, 2021

Page 2 of 5



# SILVER BUSINESS CHECKING                     (CONTINUED)

U.S. Bank National Association          Account Number █████2450

## Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 1 | Electronic Deposit REF=212730178395490N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | $ 1,162.44 |
| Oct 4 | Electronic Deposit REF=212770154873200N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 689.97 |
| Oct 4 | Electronic Deposit REF=212770106609390N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 2,047.28 |
| Oct 6 | Electronic Deposit REF=212780162474940N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 2,853.00 |
| Oct 7 | Electronic Deposit REF=212800092514460N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 1,651.80 |
| Oct 8 | Electronic Deposit REF=212800157830030N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 1,382.55 |
| Oct 12 | Electronic Deposit REF=212850065941050N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 611.40 |
| Oct 12 | Electronic Deposit REF=212850049206540N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 2,355.08 |
| Oct 13 | Electronic Deposit REF=212850221935630N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 3,536.60 |
| Oct 14 | Electronic Deposit REF=212860159484560N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 1,862.08 |
| Oct 15 | Electronic Deposit REF=212870162295220N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 2,084.39 |
| Oct 18 | Electronic Deposit REF=212910113146220N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 451.60 |
| Oct 18 | Electronic Deposit REF=212910064555950N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 2,061.68 |
| Oct 20 | Electronic Deposit REF=212920093056730N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 529.00 |
| Oct 21 | Electronic Deposit REF=212930105176930N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 3,272.80 |
| Oct 22 | Electronic Deposit REF=212940091956840N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 440.29 |
| Oct 25 | Electronic Deposit REF=212980085807570N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 1,041.40 |
| Oct 26 | Electronic Deposit REF=212980202116110N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 638.40 |
| Oct 27 | Electronic Deposit REF=212990102293910N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 1,675.36 |
| Oct 28 | Electronic Deposit REF=213000137566570N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 1,537.87 |
| Oct 29 | Electronic Deposit REF=213010138824780N00 | From BANKCARD-1392 5497139201BTOT DEP 512178520107723 | | 1,504.90 |
| | | Total Other Deposits | $ | 33,389.89 |

## Card Withdrawals

Card Number: xxxx-xxxx-xxxx-9519

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 1 | Debit Purchase - VISA PITNEY BOWES PI ************9519 | On 100121 844-256-6444 CT REF # 24430991274069151874009 | 4069151874 | $ 371.21- |
| Oct 4 | Debit Purchase - VISA RED ROCK SPRING ************9519 | On 100121 775-331-5908 NV REF # 24943001274200199505184 | 4200199505 | 27.00- |
| Oct 4 | Debit Purchase - VISA VYNE DENTAL ************9519 | On 100221 800-7825150 GA REF # 24121571276310309141962 | 6310309141 | 99.00- |



2900 CLEAR ACRE LN STE R
RENO NV 89512-1764

Account Number:
███████2450
Statement Period:
Oct 1, 2021
through
Oct 29, 2021

Page 3 of 5

# SILVER BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association                                      Account Number ███████2450

## Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-9519

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 4 | Recurring Debit Purchase<br>DOCTOR MULTIMEDI<br>************9519 | On 100321 800-605-6987 NV<br>REF # 24493981277700413721 US1 | 7700413721 | 249.00- |
| Oct 4 | Debit Purchase - VISA<br>PB LEASING<br>************9519 | On 100121 844-256-6444 CT<br>REF # 24692161274100727642035 | 4100727642 | 1,788.00- |
| Oct 5 | Debit Purchase - VISA<br>YPS*RED ROOF SEL<br>************9519 | On 100421 877-809-0555 NV<br>REF # 24430991277083713279273 | 7083713279 | 175.00- |
| Oct 6 | Debit Purchase - VISA<br>SQ *DUDS 'N SUDS<br>************9519 | On 100521 877-417-4551 NV<br>REF # 24692161278100396448546 | 8100396448 | 52.50- |
| Oct 7 | Debit Purchase - VISA<br>WEAVE RB<br>************9519 | On 100621 888-5795668 UT<br>REF # 24067201279206150502889 | 9206150502 | 149.00- |
| Oct 22 | Debit Purchase - VISA<br>Ultradent Produc<br>************9519 | On 102121 801-5724200 UT<br>REF # 24270741294013760491712 | 4013760491 | 146.98- |
| Oct 25 | Debit Purchase<br>323341<br>************9519 | COSTCO WHSE #002 RENO     NV<br>On 102321 ILK1TERM REF 129621323341 | 4110232005 | 129.60- |

| | | | |
|---|---|---|---|
| Card 9519 Withdrawals Subtotal | | $ | 3,187.29- |
| Total Card Withdrawals | | $ | 3,187.29- |

## Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 1 | Electronic Withdrawal<br>REF=212730132519590N00 | To Columbia State B<br>1910897063Loan Pymt 000000000000000 | $ | 8,388.63- |
| Oct 4 | Electronic Withdrawal<br>REF=212770096025520N00 | To BANNER LIFE<br>1521236145PREM DEBIT17180904409 | | 150.94- |
| Oct 4 | Electronic Withdrawal<br>REF=212770097166680N00 | To BANKCARD-1392<br>5497139201MTOT DISC 512178520107723 | | 355.80- |
| Oct 4 | Electronic Withdrawal<br>REF=212770121728570N00 | To PATTERSON DENTAL<br>0000116686PATTERSOND9708825 | | 6,495.66- |
| Oct 7 | Electronic Withdrawal<br>REF=212800092708190N00 | To Kaempfer Crowell<br>4721601420eCheck   000000001792091 | | 2,500.00- |
| Oct 12 | Electronic Withdrawal<br>REF=212850062464260N00 | To PAYPAL<br>PAYPALSI77INST XFER BEAGLE BAY | | 600.00- |
| Oct 14 | Electronic Withdrawal<br>REF=212870080701890N00 | To Nevada Pay  5269<br>9IA0498281BILLING  465063631 | | 100.60- |
| Oct 14 | Electronic Withdrawal<br>REF=212870080339330N00 | To NV PAYROLL SVCS<br>1880498281TAX IMPOUN465063631 | | 3,787.53- |
| Oct 14 | Electronic Withdrawal<br>REF=212870080705970N00 | To Arete Dental LLC<br>1465063631DIR DEP   465063631 | | 11,179.57- |
| Oct 15 | Analysis Service Charge | | 1500000000 | 43.00- |
| Oct 15 | Electronic Withdrawal<br>REF=212870141562870N00 | To THE HARTFORD<br>9942902727NWTBCLSCIC14367659 | | 682.30- |
| Oct 19 | Electronic Withdrawal<br>REF=212910170952320N00 | To NV ENERGY NORTH<br>3880044418SPPC PYMT 01937994 111997 | | 118.93- |
| Oct 19 | Electronic Withdrawal<br>REF=212910170952310N00 | To NV ENERGY NORTH<br>3880044418SPPC PYMT 01937994 111996 | | 126.67- |
| Oct 20 | Electronic Withdrawal<br>REF=212920028369500N00 | To PATTERSON DENTAL<br>9324733000LOANPYMT  7300748-4073132 | | 515.06- |
| Oct 22 | Electronic Withdrawal<br>REF=212940081145870N00 | To CITI CARD ONLINE<br>CITICTP  PAYMENT  420569177697470 | | 102.48- |



U.S.Bank.

2900 CLEAR ACRE LN STE R
RENO NV 89512-1764

Account Number:
▮▮▮▮2450

Statement Period:
Oct 1, 2021
through
Oct 29, 2021

Page 4 of 5



## SILVER BUSINESS CHECKING (CONTINUED)
U.S. Bank National Association                                        Account Number ▮▮▮▮2450

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|--|------------|--------|
| Oct 27 | Electronic Withdrawal | To GEICO | | 243.07- |
| | REF=212990064747780N00 | 3530075853PREM COLL    1131298138 | | |
| Oct 29 | Electronic Withdrawal | To Arete Dental LLC | | 12,026.06- |
| | REF=213020063737750N00 | 1465063631DIR DEP   465063631 | | |

|  | | Total Other Withdrawals | $ | 47,416.30- |
|--|--|--------------------------|---|------------|

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|------------|--------|-------|------|------------|--------|
| 239 | Oct 13 | 8657062442 | 1,225.00 | 1247 | Oct 8 | 9253312271 | 3,820.44 |
| 240 | Oct 7 | 8953263212 | 217.07 | 1248 | Oct 12 | 8359202031 | 5,131.00 |
| 241 | Oct 7 | 8953010616 | 297.86 | 1249 | Oct 25 | 8054065557 | 356.36 |
| 242 | Oct 12 | 8355501193 | 1,573.00 | 1252* | Oct 26 | 8354020775 | 2,397.05 |
| 243 | Oct 7 | 8954570823 | 625.00 | 15075* | Oct 8 | 9252296133 | 496.48 |
| 244 | Oct 12 | 8353774126 | 798.40 | 15076 | Oct 8 | 9252296132 | 931.79 |
| 245 | Oct 7 | 8953757767 | 1,824.00 | 15077 | Oct 18 | 8052736987 | 1,369.08 |
| 246 | Oct 12 | 8359281022 | 1,261.00 | | | | |

* Gap in check sequence                                   Conventional Checks Paid (15)    $    22,323.53-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Oct 1 | 39,564.13 | Oct 13 | 36,311.73 | Oct 22 | 50,572.83 |
| Oct 4 | 33,135.98 | Oct 14 | 25,566.31 | Oct 25 | 51,128.27 |
| Oct 5 | 35,537.28 | Oct 15 | 26,925.40 | Oct 26 | 49,369.62 |
| Oct 6 | 40,368.43 | Oct 18 | 33,265.97 | Oct 27 | 52,712.15 |
| Oct 7 | 38,105.10 | Oct 19 | 37,938.35 | Oct 28 | 57,870.73 |
| Oct 8 | 38,390.65 | Oct 20 | 41,624.89 | Oct 29 | 47,349.57 |
| Oct 12 | 31,993.73 | Oct 21 | 46,385.59 | | |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: September 2021

| | | | |
|--|--|--|--|
| Account Number: | 1-537-5844-2450 | $ | 38.00 |
| Account Number: | 1-537-5626-3577 | $ | 5.00 |
| Analysis Service Charge assessed to | 1-537-5844-2450 | $ | 43.00 |

[1] Financial institutions are required by the State of Iowa to charge sales taxes on certain service charges related to checking accounts. Any assessed tax has been itemized on your statement.

### Service Activity Detail for Account Number 1-537-5626-3577

| Service | Volume | Avg Unit Price | Total Charge |
|---------|--------|----------------|--------------|
| **Depository Services** | | | |
| Combined Transactions/Items | 1 | | No Charge |
| Truncated Paper Stmt | 1 | 5.00000 | 5.00 |
| Subtotal: Depository Services | | | 5.00 |
| Fee Based Service Charges for Account Number 1-537-5626-3577 | | $ | 5.00 |

### Service Activity Detail for Account Number 1-537-5844-2450

| Service | Volume | Avg Unit Price | Total Charge |
|---------|--------|----------------|--------------|
| **Depository Services** | | | |
| Combined Transactions/Items | | | |
| First | 125 | | No Charge |
| Next | 66 | 0.50000 | 33.00 |
| Total | 191 | | 33.00 |

 2900 CLEAR ACRE LN STE R
RENO NV  89512-1764

Account Number:
2450
Statement Period:
Oct 1, 2021
through
Oct 29, 2021

Page 5 of 5

## ANALYSIS SERVICE CHARGE DETAIL (CONTINUED)

**Service Activity Detail for Account Number 2450 (continued)**

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| Truncated Paper Stmt | 1 | 5.00000 | 5.00 |
| Subtotal: Depository Services | | | 38.00 |
| **Branch Coin/Currency Services** | | | |
| Night Dep Processing-per Dep | 1 | | No Charge |
| Subtotal: Branch Coin/Currency Services | | | 0.00 |
| Fee Based Service Charges for Account Number 1-537-5844-2450 | | $ | 38.00 |

8:31 PM

11/22/21

# Arete Dental
## Reconciliation Detail
### US Bank - DIP Checking, Period Ending 10/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 38,716.56 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| General Journal | 10/28/2021 | CPA-32 | | X | -47,416.30 | -47,416.30 |
| General Journal | 10/28/2021 | CPA-32 | | X | -22,323.53 | -69,739.83 |
| General Journal | 10/28/2021 | CPA-32 | | X | -3,187.29 | -72,927.12 |
| Total Checks and Payments | | | | | -72,927.12 | -72,927.12 |
| **Deposits and Credits - 2 items** | | | | | | |
| General Journal | 10/28/2021 | CPA-32 | | X | 33,389.89 | 33,389.89 |
| General Journal | 10/28/2021 | CPA-32 | | X | 48,170.24 | 81,560.13 |
| Total Deposits and Credits | | | | | 81,560.13 | 81,560.13 |
| Total Cleared Transactions | | | | | 8,633.01 | 8,633.01 |
| **Cleared Balance** | | | | | 8,633.01 | 47,349.57 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 10/09/2020 | 1059 | Patterson Dental | | -5,195.00 | -5,195.00 |
| Check | 12/07/2020 | 1092 | Patterson Dental | | -8,865.97 | -14,060.97 |
| Check | 03/22/2021 | 1160 | CDS Group Health | | -1,220.60 | -15,281.57 |
| Check | 04/20/2021 | 1176 | Dental Specialties, Inc | | -623.28 | -15,904.85 |
| Total Checks and Payments | | | | | -15,904.85 | -15,904.85 |
| Total Uncleared Transactions | | | | | -15,904.85 | -15,904.85 |
| Register Balance as of 10/31/2021 | | | | | -7,271.84 | 31,444.72 |
| **Ending Balance** | | | | | -7,271.84 | 31,444.72 |

8:33 PM

11/22/21

Accrual Basis

# Arete Dental
# Balance Sheet
### As of October 31, 2021

|  | Oct 31, 21 |
| --- | --- |
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| US Bank - CareCredit | 27,996.83 |
| US Bank - DIP Checking | 31,444.72 |
| **Total Checking/Savings** | 59,441.55 |
| **Accounts Receivable** | |
| Accounts Receivable | 112,527.71 |
| **Total Accounts Receivable** | 112,527.71 |
| **Other Current Assets** | |
| Due from Dr. Devin | 10,859.20 |
| Inventory Asset | 15,000.00 |
| Loan Fee | 1,563.00 |
| Right of use asset | 9,098.40 |
| **Total Other Current Assets** | 36,520.60 |
| **Total Current Assets** | 208,489.86 |
| **Fixed Assets** | |
| Accumulated Amortization | -197,123.80 |
| Accumulated Depreciation | -532,528.71 |
| Automobile | 4,326.56 |
| Covenant not to compete | 46,500.00 |
| Furniture and Equipment | 26,488.36 |
| Goodwill | 368,894.00 |
| Leasehold Improvements | 70,529.92 |
| Medical Equipment | |
| Equipment | 484,781.04 |
| Hand Instruments | 9,900.00 |
| **Total Medical Equipment** | 494,681.04 |
| Organizational Costs | 1,800.00 |
| Patient Records | 46,000.00 |
| **Total Fixed Assets** | 329,567.37 |
| **Other Assets** | |
| Security Deposits Asset | 9,576.00 |
| **Total Other Assets** | 9,576.00 |
| **TOTAL ASSETS** | **547,633.23** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| Chase credit card | 15,311.99 |
| USBank Credit Card | 799.93 |
| **Total Credit Cards** | 16,111.92 |
| **Other Current Liabilities** | |
| HHS Stimulus | 22,578.22 |
| Note Payable-US Bank PPP | 130,432.00 |
| Notes Payable - Current | 314,324.19 |
| Payroll Liabilities | |
| 401 K withheld | -158.76 |
| **Total Payroll Liabilities** | -158.76 |
| **Total Other Current Liabilities** | 467,175.65 |
| **Total Current Liabilities** | 483,287.57 |

8:33 PM

11/22/21

Accrual Basis

# Arete Dental
## Balance Sheet
### As of October 31, 2021

|  | Oct 31, 21 |
|---|---|
| **Long Term Liabilities** |  |
| Lease Obligation | 6,030.03 |
| Note Payable-Fin Pac | 3,633.32 |
| Note Payable-Pacific Continenta | 200,973.30 |
| Note Payable-Patterson 230110 | 5,302.24 |
| **Total Long Term Liabilities** | 215,938.89 |
| **Total Liabilities** | 699,226.46 |
| **Equity** |  |
| Members Contributions | 10,000.00 |
| Members Draw | -114,272.01 |
| Members Draw-Donations | -16,023.00 |
| Members draw-health | -26,585.34 |
| Members Equity | -141,914.28 |
| Net Income | 137,201.40 |
| **Total Equity** | -151,593.23 |
| **TOTAL LIABILITIES & EQUITY** | 547,633.23 |

8:34 PM

11/22/21

Accrual Basis

## Arete Dental
## Profit & Loss
### October 2021

|  | Oct 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Fee for Service Income** | |
| Cash/checks | 84,592.27 |
| Fee for Service Income - Other | 2,865.99 |
| **Total Fee for Service Income** | 87,458.26 |
| **Total Income** | 87,458.26 |
| **Gross Profit** | 87,458.26 |
| **Net Ordinary Income** | 87,458.26 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Uncategorized Expenses | 73,051.30 |
| **Total Other Expense** | 73,051.30 |
| **Net Other Income** | -73,051.30 |
| **Net Income** | **14,406.96** |